A CERTIFIED TRUE COPY

DEC 22 2005

ATTEST
FOR THE ~~~~~~~~~~~~~~
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 23   AM 11: 21

LORETTA G. WHYTE
DOCKET NO. 1657
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2005

FILED
CLERK'S OFFICE

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### *(SEE ATTACHED SCHEDULE)* C05-4718 MHP

### *CONDITIONAL TRANSFER ORDER (CTO-34)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,517 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

DEC 2/8 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process____ DMG
X / Dktd_____
___ CtRmDep____
___ Doc. No.____ 2416

## SCHEDULE CTO-34 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
## LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 05-626 | Bettie Cassel v. Merck & Co., Inc. | 05-6692 |
| **ARKANSAS WESTERN** | | |
| ARW 6 05-6078 | John Gray, etc. v. Merck & Co., Inc. | 05-6693 |
| **ARIZONA** | | |
| AZ 3 05-3600 | Thomas Bruno v. Merck & Co., Inc. | 05-6694 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-7910 | Miron A. Costin, et al. v. Merck & Co., Inc. | 05-6695 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-2199 | Bryce Reeve v. Merck & Co., Inc. | 05-6696 |
| CAE 2 05-2203 | Clara Puma v. Merck & Co., Inc., et al. | 05-6697 |
| ~~CAE 2 05-2218~~ | ~~Vance Skillsky v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| ~~CAE 2 05-2267~~ | ~~Clayton Welch v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-4718 | Elvira Casale v. Merck & Co., Inc., et al. | 05-6798 |
| **CONNECTICUT** | | |
| CT 3 05-1643 | Robert Macher v. Merck & Co., Inc. | 05-6699 |
| **FLORIDA MIDDLE** | | |
| FLM 3 05-1143 | Dolores Anderson v. Merck & Co., Inc. | 05-6700 |
| FLM 3 05-1144 | Truett George, et al. v. Merck & Co., Inc., et al. | 05-6701 |
| FLM 3 05-1145 | Laura Dellamonica v. Merck & Co., Inc. | 05-6702 |
| FLM 3 05-1147 | Marcia Pitts v. Merck & Co., Inc. | 05-6703 |
| FLM 5 05-469 | Edwin Linhart v. Merck & Co., Inc., et al. | 05-6704 |
| FLM 8 05-2109 | Warren Monberg v. Merck & Co., Inc., et al. | 05-6705 |
| FLM 8 05-2116 | Thomas Cesarski v. Merck & Co. Inc., et al. | 05-6706 |
| FLM 8 05-2117 | Albert Hassan v. Merck & Co., Inc., et al. | 05-6707 |
| FLM 8 05-2118 | Ronald Timpanaro v. Merck & Co., Inc., et al. | 05-6708 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 05-61705 | Thomas Schulkind, et al. v. Merck & Co., Inc. | 05-6709 |
| FLS 1 05-22878 | Roxanne De Los Reyes, et al. v. Merck & Co., Inc. | 05-6710 |
| FLS 1 05-22879 | Maria Roman v. Merck & Co., Inc. | 05-6711 |
| FLS 1 05-22891 | Anne Greggains v. Merck & Co., Inc. | 05-6712 |
| FLS 4 05-10115 | Ronald Finkelstein v. Merck & Co., Inc. | 05-6713 |
| **GEORGIA MIDDLE** | | |
| GAM 4 05-123 | Lurlene Perry v. Merck & Co., Inc. | 05-6714 |
| **IOWA NORTHERN** | | |
| IAN 5 05-4135 | Bradley Rowe, et al. v Merck & Co., Inc. | 05-6715 |

KENTUCKY WESTERN
~~KYW 1 05-175~~          ~~James L. Bragg, Jr., etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
KYW 3 05-597             Ronald Campbell v. Hardin County Kentucky, et al.                    05-6716
~~KYW 3 05-645~~          ~~Jeffrey Joyce v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-657~~          ~~Isabella D. Cummings, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-662~~          ~~Barbara Keeling v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-679~~          ~~Daniel Gill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-684~~          ~~Onna James, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-686~~          ~~Garlin Cupp, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-692~~          ~~Martha Sue Taylor v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-693~~          ~~Sarah E. Nichols, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-694~~          ~~William Mohon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-695~~          ~~Scarlett Macy, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-696~~          ~~Shannon M. Age, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-711~~          ~~Faye Byers, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-712~~          ~~Dora Gorman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-713~~          ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-714~~          ~~Lorenia Henson, etc. v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-715~~          ~~Darrell G. Moore, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-717~~          ~~Billy Joe Logsdon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-718~~          ~~Kathryn O'Neill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
~~KYW 3 05-719~~          ~~Paul E. Mangeot, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-724~~          ~~Millard T. Shepherd v. Merck & Co., Inc.~~ Opposed 12/21/05
~~KYW 3 05-729~~          ~~Luther B. Yount, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05
KYW 5 05-211             Carroll Gene Dorroh v. Merck & Co., Inc.                             05-6717
~~KYW 5 05-212~~          ~~Wanda Sue Parker, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05

LOUISIANA MIDDLE
LAM 3 05-1292           Crystal Wright, et al. v. Merck & Co., Inc.                           05-6718

LOUISIANA WESTERN
LAW 1 05-1669           L.C. Wiley, et al. v. Merck & Co., Inc., et al.                       05-6719
LAW 2 05-1768           Michael Breaux v. Merck & Co., Inc.                                   05-6720
LAW 2 05-1771           Robert Berard v. Merck & Co., Inc.                                    05-6721
LAW 2 05-1772           Howard Fontenot v. Merck & Co., Inc.                                  05-6722
LAW 2 05-1773           Bryan Harper v. Merck & Co., Inc.                                     05-6723
LAW 2 05-1774           James Hooper, Jr. v. Merck & Co., Inc.                                05-6724
LAW 2 05-1847           Donna Seaton v. Merck & Co., Inc.                                     05-6725
LAW 5 05-1870           Halvor Peterson v. Merck & Co., Inc., et al.                          05-6726
LAW 6 05-1368           William Lee Melancon, Sr., et al. v. Merck & Co., Inc.                05-6727

MARYLAND
MD   1 05-2625          Lisa Matthews, et al. v. Merck & Co., Inc.                            05-6728
MD   1 05-3027          Annie M. Sullivan v. Merck & Co., Inc.                                05-6729

MINNESOTA
MN   0 05-2377          Paula Crouch, etc. v. Merck & Co., Inc.                               05-6730
MN   0 05-2478          Rebecca J. Kegler v. Merck & Co., Inc.                                05-6731
MN   0 05-2601          Karen Langness, et al. v. Merck & Co.                                 05-6732
MN   0 05-2668          Gary L. Kober v. Merck & Co., Inc.                                    05-6733

MISSOURI EASTERN
~~MOE 4 05-1944~~         ~~James Coleman v. Merck & Co., Inc.~~ Opposed 12/20/05
~~MOE 4 05-1945~~         ~~Robert Ruzicka, et al. v. Merck & Co., Inc.~~ Opposed 12/20/05
~~MOE 4 05-1977~~         ~~Roy Lacey, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05
MOE 4 05-1978           Wayne Lyons, et al. v. Merck & Co., Inc., et al.                      05-6734
MOE 4 05-1985           Russel Curtis, et al. v. Merck & Co., Inc.                            05-6735

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.   L/3 |
|---|---|---|
| MOE  4  05-1986 | Zelmar Bond v. Merck & Co., Inc. | 05-6736 |
| MOE  4  05-2001 | Wanda Patterson v. Merck & Co., Inc. | 05-6737 |
| MOE  4  05-2031 | Virginia Whitton, etc. v. Merck & Co., Inc. | 05-6738 |
| MOE  4  05-2033 | Linda Sue Lewis, et al. v. Merck & Co., Inc., et al. | 05-6739 |
| MOE  4  05-2041 | Gene Warmann v. Merck & Co., Inc., et al. | 05-6740 |
| ~~MOE   4  05-2046~~ | ~~Brian Lawson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| MOE  4  05-2054 | Darrell Hunt v. Merck & Co., Inc., et al. | 05-6741 |
| MOE  4  05-2118 | Cheryl Wolff v. Merck & Co., Inc. | 05-6742 |
| MOE  4  05-2159 | Joyce Kern v. Merck & Co., Inc. | 05-6743 |
| MOE  4  05-2160 | Jack Levitt v. Merck & Co., Inc. | 05-6744 |
| MOE  4  05-2166 | Pearlie Lindsey v. Merck Co., Inc. | 05-6745 |

MISSOURI WESTERN

| | | |
|---|---|---|
| MOW  4  05-1090 | Robert Wiese, etc. v. Merck & Co., Inc. | 05-6746 |
| MOW  4  05-1116 | Maurice Logan v. Merck & Co., Inc. | 05-6747 |
| MOW  4  05-1117 | James M. Howerter, et al. v. Merck & Co., Inc. | 05-6748 |
| MOW  6  05-3538 | Lora Ann Creson v. Merck & Co., Inc., et al. | 05-6749 |

MISSISSIPPI NORTHERN

| | | |
|---|---|---|
| MSN  2  05-231 | Caroline Paris v. Merck & Co., Inc., et al. | 05-6750 |
| MSN  2  05-232 | Lionel James v. Merck & Co., Inc., et al. | 05-6751 |
| MSN  2  05-233 | Tekonsa Green v. Merck & Co., Inc., et al. | 05-6752 |
| MSN  4  05-253 | Charlene Meeks v. Merck & Co., Inc., et al. | 05-6753 |
| MSN  4  05-255 | Willie Bee v. Merck & Co., Inc., et al. | 05-6754 |

MISSISSIPPI SOUTHERN

| | | |
|---|---|---|
| MSS  3  05-666 | Jim Hood, ex rel. v. Merck & Co., Inc. | 05-6755 |
| MSS  3  05-687 | Charity Kelly v. Merck & Co., Inc., et al. | 05-6756 |

NEW MEXICO

| | | |
|---|---|---|
| NM  2  05-1095 | Rex Allen v. Merck & Co., Inc. | 05-6757 |

NEW YORK EASTERN

| | | |
|---|---|---|
| NYE  1  05-5113 | Walter Sagel, et al. v. Merck & Co., Inc. | 05-6758 |
| NYE  1  05-5151 | Richard Edgar v. Merck & Co., Inc. | 05-6759 |
| NYE  1  05-5306 | Lewis Warren, et al. v. Merck & Co., Inc. | 05-6760 |

NEW YORK SOUTHERN

| | | |
|---|---|---|
| ~~NYS   1  05-9313~~ | ~~Mary Bainum, et al. v. Merck & Co., Inc.~~ Opposed 12/22/05 | |
| ~~NYS   1  05-9383~~ | ~~Jose Rivera, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| NYS  1  05-9534 | Amanda Evans, etc. v. Merck & Co., Inc. | 05-6761 |

OHIO NORTHERN

| | | |
|---|---|---|
| ~~OHN   1  05-2547~~ | ~~William Jeffries, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| OHN  1  05-2586 | Joane Johnson, etc. v. Merck & Co., Inc. | 05-6762 |
| OHN  1  05-2663 | Carrie Moore, etc. v. Merck & Co., Inc. | 05-6763 |

OHIO SOUTHERN

| | | |
|---|---|---|
| ~~OHS   1  05-705~~ | ~~Frederick McNamara, et al. v. Merck & Co., Inc., et al.~~ Vacated 12/21/05 | |

OKLAHOMA EASTERN

| | | |
|---|---|---|
| OKE  6  05-438 | Heather King, etc. v. Merck & Co., Inc. | 05-6764 |
| OKE  6  05-439 | Ronna Napier, etc. v. Merck & Co., Inc. | 05-6765 |

OKLAHOMA WESTERN

| | | |
|---|---|---|
| OKW  5  05-1265 | Francis Anderson v. Merck & Co., Inc., et al. | 05-6766 |
| OKW  5  05-1308 | David M. Jones, et al. v. Merck & Co., Inc., et al. | 05-6767 |

SCHEDULE CTO-34 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.  L/3 |
|---|---|---|
| **OREGON** | | |
| OR   3   05-1654 | Marilyn Blatter v. Merck & Co., Inc. | 05-6768 |
| OR   3   05-1709 | James A. Boullet v. Merck & Co., Inc. | 05-6769 |
| OR   6   05-1701 | Dolores Syverson, et al. v. Merck & Co., Inc. | 05-6770 |
| **PENNSYLVANIA EASTERN** | | |
| PAE   2   05-5289 | Janice M. Richardson, et al. v. Merck & Co., Inc., et al. | 05-6771 |
| PAE   2   05-5679 | William Allen v. Merck & Co., Inc., et al. | 05-6772 |
| PAE   2   05-5975 | Greg Rhineer, etc v. Merck & Co., Inc., et al. | 05-6773 |
| PAE   2   05-6030 | Russell Beach, et al. v. Merck & Co., Inc. | 05-6774 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM   1   05-2311 | Stanley Bethea v. Merck & Co., Inc. | 05-6775 |
| **TENNESSEE EASTERN** | | |
| ~~TNE   1   05-306~~ | ~~James E. Queen, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| TNE   2   05-292 | George Sklenicka v. Merck & Co., Inc. | 05-6776 |
| TNE   3   05-520 | Theadore Trohanowski v. Merck & Co., Inc. | 05-6777 |
| TNE   3   05-521 | Robert Vineyard v. Merck & Co., Inc. | 05-6778 |
| **TENNESSEE MIDDLE** | | |
| TNM   2   05-117 | Mildred Clark, etc. v. Merck & Co., Inc. | 05-6779 |
| TNM   3   05-884 | Randal C. Childress v. Merck & Co., Inc. | 05-6780 |
| TNM   3   05-885 | Pansy M. Nash v. Merck & Co., Inc. | 05-6781 |
| TNM   3   05-886 | Charlotte L. Johnson v. Merck & Co., Inc. | 05-6782 |
| TNM   3   05-887 | Deborah D. Todd, et al. v. Merck & Co., Inc. | 05-6783 |
| TNM   3   05-888 | Vivian Yvonne Jordan v. Merck & Co., Inc. | 05-6784 |
| TNM   3   05-889 | Francisco Negron v. Merck & Co., Inc. | 05-6785 |
| TNM   3   05-890 | Jeffrey R. Hein v. Merck & Co., Inc. | 05-6786 |
| TNM   3   05-891 | Roy L. Miller v. Merck & Co., Inc. | 05-6787 |
| TNM   3   05-892 | Geneva B. Bledsoe v. Merck & Co., Inc. | 05-6788 |
| TNM   3   05-893 | Connie J. Thedford v. Merck & Co., Inc. | 05-6789 |
| TNM   3   05-894 | Joyce A. Odom v. Merck & Co., Inc. | 05-6790 |
| TNM   3   05-895 | Terry R. Staggs v. Merck & Co., Inc. | 05-6791 |
| TNM   3   05-898 | Carolyn C. Long v. Merck & Co., Inc. | 05-6792 |
| TNM   3   05-899 | Eddean Blackwood v. Merck & Co., Inc. | 05-6793 |
| TNM   3   05-900 | Patricia R. Ochs v. Merck & Co., Inc. | 05-6794 |
| TNM   3   05-901 | William S. Rogers v. Merck & Co., Inc. | 05-6795 |
| TNM   3   05-902 | Glenn Galyon v. Merck & Co., Inc. | 05-6796 |
| TNM   3   05-903 | Joe D. Wooden v. Merck & Co., Inc. | 05-6797 |
| TNM   3   05-905 | Janice K. Nichols v. Merck & Co., Inc. | 05-6798 |
| TNM   3   05-906 | Susie R. Mallory, et al. v. Merck & Co., Inc. | 05-6799 |
| TNM   3   05-907 | Magaly H. Arcia v. Merck & Co., Inc. | 05-6800 |
| TNM   3   05-908 | Thurman Williams v. Merck & Co., Inc. | 05-6801 |
| TNM   3   05-909 | Sarah Prince v. Merck & Co., Inc. | 05-6802 |
| TNM   3   05-910 | Ralph D. Tropeano v. Merck & Co., Inc. | 05-6803 |
| TNM   3   05-911 | Roy F. Cantrell v. Merck & Co., Inc. | 05-6804 |
| TNM   3   05-912 | Ruthie M. Hayes v. Merck & Co., Inc. | 05-6805 |
| TNM   3   05-914 | Dorothy M. Crum v. Merck & Co., Inc. | 05-6806 |
| TNM   3   05-915 | Roxie Lacy v. Merck & Co., Inc. | 05-6807 |
| TNM   3   05-916 | Mary L. Hopper v. Merck & Co., Inc. | 05-6808 |
| TNM   3   05-917 | Frances C. Hitchcock v. Merck & Co., Inc. | 05-6809 |
| TNM   3   05-918 | Evelyln D. Arnold v. Merck & Co., Inc. | 05-6810 |
| TNM   3   05-919 | Johnny W. Barrett v. Merck & Co., Inc. | 05-6811 |
| TNM   3   05-920 | Virginia Reno v. Merck & Co., Inc. | 05-6812 |
| TNM   3   05-921 | Michael B. Cooper v. Merck & Co., Inc. | 05-6813 |
| TNM   3   05-922 | Georgia M. Savage v. Merck & Co., Inc. | 05-6814 |

|                    |                                                            | EDLA        |
|--------------------|------------------------------------------------------------|-------------|
| DIST. DIV. C.A. #  | CASE CAPTION                                               | SEC.   L/3  |

| TNM 3 05-923 | Audra Brown v. Merck & Co., Inc. | 05-6815 |
| TNM 3 05-924 | Willie B. Guess v. Merck & Co., Inc. | 05-6816 |
| TNM 3 05-925 | Velera Norfleet v. Merck & Co., Inc. | 05-6817 |
| TNM 3 05-926 | Margaret A. Tolliver v. Merck & Co., Inc. | 05-6818 |
| TNM 3 05-929 | Audrey L. Rice v. Merck & Co., Inc. | 05-6819 |
| TNM 3 05-930 | Grover M. Cleveland v. Merck & Co., Inc. | 05-6820 |
| TNM 3 05-931 | Janice Kilgore, et al. v. Merck & Co., Inc. | 05-6821 |
| TNM 3 05-932 | Edward Ellis, etc. v. Merck & Co., Inc. | 05-6822 |
| TNM 3 05-937 | Shelby J. Crabtree v. Merck & Co., Inc. | 05-6823 |
| TNM 3 05-938 | Greta I. Macpherson v. Merck & Co., Inc. | 05-6824 |
| TNM 3 05-939 | Leroy S. Andrews v. Merck & Co., Inc. | 05-6825 |
| TNM 3 05-940 | Janene Pennel v. Merck & Co., Inc. | 05-6826 |
| TNM 3 05-941 | Debrah T. Reid v. Merck & Co., Inc. | 05-6827 |
| TNM 3 05-959 | Roger G. Cope v. Merck & Co., Inc., et al. | 05-6828 |

**TENNESSEE WESTERN**

| TNW 1 05-1328 | James Michaels, et al. v. Merck & Co., Inc., et al. | 05-6829 |
| TNW 1 05-1334 | Brenda C. Derryberry, et al. v. Merck & Co., Inc., et al. | 05-6830 |
| TNW 1 05-1335 | Carolyn Vaughan, et al. v. Merck & Co., Inc., et al. | 05-6831 |
| TNW 1 05-1343 | Celia Golliver, etc. v. Ure Agadaga, et al. | 05-6832 |
| TNW 1 05-1344 | Janice Beal, etc. v. Merck & Co., Inc., et al. | 05-6833 |
| TNW 2 05-2829 | Rodney Ward, et al. v. Merck & Co., Inc. | 05-6834 |
| TNW 2 05-2830 | Ola Looney v. Merck & Co., Inc., et al. | 05-6835 |

**TEXAS EASTERN**

| TXE 1 05-573 | HARPER V. MERCK i Co. ℒKC. | 05-6836 |
| TXE 1 05-675 | Alberta Cowart, etc., v. Merck & Co., Inc., et al. | 05-6837 |

**TEXAS NORTHERN**

| TXN 4 05-725 | Carmen Flores, etc. v. Merck & Co., Inc. | 05-6838 |

**TEXAS SOUTHERN**

| TXS 1 05-281 | Carolyn Lyttle, et al. v. Merck & Co., Inc. | 05-6839 |
| TXS 3 05-601 | Henry S. Hill v. Merck & Co., Inc., et al. | 05-6840 |
| TXS 4 05-3785 | Willia C. DeBose v. Merck & Co., Inc., et al. | 05-6841 |
| TXS 4 05-3786 | Lanita Lewis v. Merck & Co., Inc., et al. | 05-6842 |
| ~~TXS 4 05-3821~~ | ~~Terry Frisby v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |

**WASHINGTON WESTERN**

| WAW 2 05-1703 | Joseph Anderson, etc. v. Merck & Co., Inc. | 05-6843 |
| WAW 2 05-1855 | Alice M. Pleasant v. Merck & Co., Inc. | 05-6844 |
| WAW 2 05-1867 | Michelle Deebach, et al. v. Merck & Co., Inc. | 05-6845 |
| WAW 2 05-1906 | Genevieve Whitacre, etc. v. Merck & Co., Inc. | 05-6846 |

Heinemann/NYED/02/USCOURTS, Dorothy
Guranich/NYSD/02/USCOURTS, Richard
Wilson/NYSD/02/USCOURTS, Renee
Schumitsh/OHND/06/USCOURTS, Jenny E
Smolinski/OHND/06/USCOURTS, Bruce
Guthrie/OKED/10/USCOURTS, Rick
Wade/OKWD/10/USCOURTS, Laura
Brennan/ORD/09/USCOURTS, Michael
Kunz/PAED/03/USCOURTS, Mary
D'Andrea/PAMD/03/USCOURTS, Patricia
McNutt/TNED/06/USCOURTS, Ann G
Frantz/TNMD/06/USCOURTS, Tom
Gould/TNWD/06/USCOURTS, David
Maland/TXED/05/USCOURTS, Karen
Mitchell/TXND/05/USCOURTS, Michael
Milby/TXSD/05/USCOURTS, Bruce
Rifkin/WAWD/09/USCOURTS

cc

Subject  CTO-34

## IN RE: MDL 1657
## VIOXX PRODUCTS LIABILITY LITIGATION

Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk
Eastern District of Louisiana